**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                          Case No. 3:05-cr-331-J-HTS

CHARLES ANTHONY BRAND
_____

**O R D E R**

This cause is before the Court on the Petition for Warrant or Summons for Offender Under Probation (Doc. #6; Petition).  On January 5, 2007, Defendant and his counsel, Lisa Call, Esquire, with the United States of America being represented by Assistant United States Attorney Dale Campion, appeared before this Court for a final revocation hearing.

At the hearing, Defendant knowingly, intelligently, and voluntarily admitted the allegations that he violated his probation.  The Court, therefore, finds Mr. Brand has substantially and materially violated the terms and conditions of his probation, and it is

   **ORDERED AND ADJUDGED:**

Defendant's probation is continued but is **MODIFIED** to include the conditions that 1) restitution payments are henceforth to be

made in an amount no less than $200.00 per month; and 2) community service must be performed at a rate of ten (10) hours per month.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of January, 2007.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

AUSA (Campion)
FPD (Call)
U.S. Probation
U.S. Marshal